IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**SPEECH TRANSCRIPTION, LLC,**

   Plaintiff,

  v.

**NETSURION LLC,**

   Defendant.

Case No. 23-cv-62421-JB

**JOINT MOTION FOR AN EXTENSION OF TIME FOR NETSURION
LLC TO RESPOND TO THE COMPLAINT**

Speech Transcription LLC and Netsurion LLC, by and through their undersigned counsel, hereby jointly move for an extension of time from the current deadline for Netsurion LLC to respond to the Complaint (ECF No. 1), up to and through April 24, 2024. Good cause exists because the parties continue to discuss the possibility of resolving this matter and desire more time to do so before Netsurion LLC is required to respond.

Dated: April 10, 2024

/s/ *Randall Garteiser*
Randall Garteiser
Garteiser Honea
119 W Ferguson St.
Tyler, Texas 75702
(415) 785-3762
rgarteiser@ghiplaw.com

Respectfully submitted,

*/s/ Pravin R. Patel*
Pravin R. Patel (FBN 0099939)
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
(305) 577-3112
pravin.patel@weil.com

Christopher Pepe (*Pro Hac Vice pending*)
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7153
christopher.pepe@weil.com