# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-62421-JB

Speech Transcription, LLC

    Plaintiff,

v.

Netsurion, LLC

    Defendant.

_____/

## STIPULATED JOINT MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC and Defendant Netsurion, LLC respectfully submit this stipulation of dismissal of Speech Transcription, LLC's claims against Netsurion, LLC with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Date: April 25, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Randall Garteiser* | /s/ *Pravin R. Patel* |
| Randall Garteiser | Pravin R. Patel (FBN 0099939) |
| Garteiser Honea | Weil, Gotshal & Manges LLP |
| 119 W Ferguson St. | 1395 Brickell Avenue, Suite 1200 |
| Tyler, Texas 75702 | Miami, FL 33131 |
| (415) 785-3762 | (305) 577-3112 |
| rgarteiser@ghiplaw.com | pravin.patel@weil.com |
| | |
| Barbra A. Stern | Christopher Pepe |
| Florida Bar No. 525576 | Weil, Gotshal & Manges LLP |
| barbra@sternlawoffice.com | 2001 M Street, NW, Suite 600 |
| Law Office of Barbra Stern PA | Washington, DC 20036 |
| 808 E. Las Olas Blvd., Suite 102 | (202) 682-7153 |
| Fort Lauderdale, FL 33301 | christopher.pepe@weil.com |
| 954-239-7249 | |

1

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser