UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-cv-62421-JB

SPEECH TRANSCRIPTION, LLC,

      Plaintiff,

vs.

NETSURION, LLC,

      Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on the parties' Stipulated Motion for Dismissal with prejudice.  ECF No. [19].  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees and costs.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Miami, Florida this 26th day of April, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE